## FIRST AMENDED NOTICE OF APPEAL

Jairo Builes Molina, RESPECTFULLY FILES " Notice of Appeal" case No. 4:19-CR-036 and 19-CR-00001 Mr. Builes Molina is appealling the court's rulings on.

1- LACK OF JURISDICTION NEW INDICTMENT
2- STATUTE OF LIMITATIONS NEW INDICTMENT FILED UNDER No. 19-CR-00001
3- FAILURE TO DISCLOSE EVIDENCE NEW INDICTMENT
4- RULE OF SPECIALITY
5- WITHDRAW OF PLEA AGREEMENT
6- PRINCIPLE OF NON_BIS IN IDEN

United States Courts
Southern District of Texas
FILED

APR 17 2025

Nathan Ochsner, Clerk of Court

Jairo Builes Molina
I.D 30409-018



Jairo Builes Molina
ID 30409-018
Federal Detention center
Houston
P.O. Box 526255
Houston, TX 77052

TO: HONORABLE
GEORGE C. HANKS
515 RUSK STREET
HOUSTON, TX 77002

United States Courts
Southern District of Texas
FILED
APR 17 2025
Nathan Ochsner, Clerk of Court

LEGAL MAIL.